# GERAGOS & GERAGOS
A PROFESSIONAL CORPORATION
LAWYERS
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 232-3255
GERAGOS@GERAGOS.COM

DAVID GAMMILL           SBN 258286
NOAH GELDBERG           SBN 311722
Attorneys for Plaintiffs THE ESTATE OF VASILIOS KATSOURAS, KLEARCHOS KATSOURAS, and NANCY KATSOURAS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE ESTATE OF VASILIOS KATSOURAS; KLEARCHOS KATSOURAS, an individual; and NANCY KATSOURAS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF UNION CITY; UNION CITY POLICE DEPARTMENT; and DOE OFFICERS 1–20,<br><br>Defendants. | Case No. 17-cv-01075-RS (EDL)<br><br>**NOTICE OF SETTLEMENT**<br><br>Assigned for settlement purposes to The Honorable Elizabeth D. Laporte |

1  In accordance with the Court's instructions, Plaintiffs THE ESTATE OF
2  VASILIOS KATSOURAS, KLEARCHOS KATSOURAS, and NANCY
3  KATSOURAS hereby submit this Notice of Settlement to notify the Court that the
4  lawsuit has been settled, and to request 30 days in which to file the dismissal.

DATED: September 19, 2017            GERAGOS & GERAGOS, APC

                                     By:  /s/ David Gammill
                                         DAVID GAMMILL
                                         NOAH GELDBERG
                                         Attorneys for Plaintiffs
                                         THE ESTATE OF VASILIOS
                                         KATSOURAS, KLEARCHOS
                                         KATSOURAS, and NANCY
                                         KATSOURAS

## **PROOF OF SERVICE BY MAIL**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 644 South Figueroa Street Los Angeles, California 90017-3411.

On September 19, 2017, I served the foregoing document(s) described as **NOTICE OF SETTLEMENT** on the interested parties in this action addressed as follows:

| | |
|---|---|
| Dale L. Allen, Jr., Esq. | *Attorneys for Defendants City of Union City* |
| Kevin P. Allen, Esq. | *and Union City Police Department* |
| Philip J. Downs, Jr., Esq. | |
| ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP | |
| 180 Montgomery Street, Suite 1200 | |
| San Francisco, CA 94104 | |
| Telephone: (415) 697-2000 | |
| Facsimile: (415) 813-2045 | |

Said service was made by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated above AND,

☒   Placing the envelope for collection and mailing on the date and at our business address following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Executed on September 19, 2017, Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/S/ Tony Benitez*

TONY BENITEZ