GERAGOS & GERAGOS
A PROFESSIONAL CORPORATION
LAWYERS
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 232-3255
GERAGOS@GERAGOS.COM

DAVID GAMMILL        SBN 258286
NOAH GELDBERG        SBN 311722
Attorneys for Plaintiffs THE ESTATE OF VASILIOS KATSOURAS, KLEARCHOS KATSOURAS, and NANCY KATSOURAS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE ESTATE OF VASILIOS KATSOURAS; KLEARCHOS KATSOURAS, an individual; and NANCY KATSOURAS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF UNION CITY; UNION CITY POLICE DEPARTMENT; and DOE OFFICERS 1–20,<br><br>Defendants. | Case No. 17-cv-01075-RS (EDL)<br><br>**STATEMENT REGARDING SETTLEMENT**<br><br>Assigned for settlement purposes to The Honorable Elizabeth D. Laporte |

- 1 -

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

On September 19, 2017, Plaintiffs THE ESTATE OF VASILIOS KATSOURAS, KLEARCHOS KATSOURAS, and NANCY KATSOURAS filed their Notice of Settlement (ECF Doc. No. 22) to notify the Court that this lawsuit has been settled, and to request 30 days in which to file a dismissal.

To date the settlement has not yet been finalized, and Plaintiffs accordingly have not yet filed their dismissal.

Plaintiffs intend to file their dismissal within 30 days of the date of this Statement.

DATED: October 19, 2017     GERAGOS & GERAGOS, APC

By:  /s/ David Gammill
    DAVID GAMMILL
    NOAH GELDBERG
    Attorneys for Plaintiffs
    THE ESTATE OF VASILIOS KATSOURAS, KLEARCHOS KATSOURAS, and NANCY KATSOURAS

# PROOF OF SERVICE BY MAIL

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 644 South Figueroa Street Los Angeles, California 90017-3411.

On October 19, 2017, I served the foregoing document(s) described as **STATEMENT REGARDING SETTLEMENT** on the interested parties in this action addressed as follows:

| | |
|---|---|
| Dale L. Allen, Jr., Esq. | *Attorneys for Defendants City of Union City* |
| Kevin P. Allen, Esq. | *and Union City Police Department* |
| Philip J. Downs, Jr., Esq. | |
| ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP | |
| 180 Montgomery Street, Suite 1200 | |
| San Francisco, CA 94104 | |
| Telephone: (415) 697-2000 | |
| Facsimile: (415) 813-2045 | |

Said service was made by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated above AND,

☒ Placing the envelope for collection and mailing on the date and at our business address following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Executed on October 19, 2017, Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/S/ Tony Benitez*

TONY BENITEZ