UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF VASILIOS KATSOURAS, et al., <br> Plaintiffs, <br> v. <br> CITY OF UNION CITY, et al., <br> Defendants. | Case No. 17-cv-01075-RS <br><br> **STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **December 7, 2017.** If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 14, 2017, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: October 23, 2017

_____
Richard Seeborg
United States District Judge