# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF VASILIOS KATSOURAS; KLEARCHOS KATSOURAS, an individual; and NANCY KATSOURAS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF UNION CITY; UNION CITY POLICE DEPARTMENT; and DOE OFFICERS 1–20,<br><br>Defendants. | Case No. 17-cv-01075-RS (EDL)<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION OF DISMISSAL**<br><br>Assigned for all Purposes to the Honorable Richard Seeborg |

///

///

1

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The action is dismissed with prejudice as against Defendants CITY OF UNION CITY; UNION CITY POLICE DEPARTMENT; and DOE OFFICERS 1-20, pursuant to Rules 41(a)(1)(A)(ii) and 41 (c)(2)of the Federal Rules of Civil Procedure, and the Parties' September 2017 Confidential Settlement Agreement.
2. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: 12/4/17

_____
Honorable Richard Seeborg
United States District Judge
Northern District of California